IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DONNA CAROL SAMPSON,

                Petitioner,

      vs.

                Respondent.

**8:25CV700**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, on December 8, 2025. However, the petition is insufficient and this matter cannot proceed further until Petitioner cures the following deficiencies.

First, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

In addition, Petitioner failed to name a proper respondent in this action. Rule 2(a) of the *Rules Governing Section 2254 Cases in the United States District Courts* states that "if the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody." In habeas corpus challenges to present physical confinement, the default rule is that the proper respondent is the warden of the facility where the prisoner is being held. *Rumsfeld v. Padilla,* 542 U.S. 426, 434 (2005). Here, Petitioner did not name any respondent. Accordingly, the Court will direct Petitioner to amend her petition within 30 days to name a proper respondent.

To be clear, Petitioner must (1) either pay the $5.00 fee or submit a request to proceed in forma pauperis and (2) amend her habeas petition to name a proper respondent. To that end, the Court will direct the Clerk of the Court to send to Petitioner, along with the enclosed pauper's forms, the first page of her petition, Filing No. 1 at 1, so that Petitioner can fill in the name of the proper respondent in the space provided. If Petitioner fails to take any action within 30 days, the Court will dismiss this case without prejudice and without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1.      Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis by **January 8, 2026**.

2.      Petitioner must also amend her habeas petition to name a proper respondent by no later than **January 8, 2026**. Petitioner need only write the name of the proper respondent in the space provided on the first page of her petition, a copy of which is enclosed with this Memorandum and Order.

3.      Failure to submit the fee or a request to proceed in forma pauperis and to amend the petition will result in dismissal of this matter without further notice.

4.      The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of page one of the petition, Filing No. 1 at 1.

5.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **January 8, 2026**: Check for MIFP or payment and amendment.

Dated this 9th day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge